

**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

**Oral Argument Calendar Notice / Acknowledgment Form**

Name _____

Address _____

City, State, Zip _____

Re:   Case No(s): _____

   Caption: _____

   Argument Date: _____

   Time: _____   (Arguing attorneys must report 45 minutes prior thereto)

   Courtroom/Place: _____

This form must be filled in, signed and returned promptly by each attorney in the appeal set.   (Original Only)

To:   Tenth Circuit Clerk, United States Court of Appeals
   Tenth Circuit, Byron White United States Courthouse
   1823 Stout Street, Denver, CO 80257
   Email:  10th_Circuit_CalTeam@ca10.uscourts.gov

   I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type or print),

_____ will present oral argument on behalf of
(Name of Arguing Counsel; n/a if submitted on the briefs)

_____ (name of party), the _____

Signed (Recipient): _____

Typed or Printed Name: _____

Address: _____
_____
_____

Email Address: _____

Telephone: _____

Attorney for: _____
(Name of Party Represented)

Date: _____

**Note**: If you are an attorney for the defendant in a criminal appeal, or represent the petitioner in a habeas corpus/civil rights or immigration matter, you must complete the custody status questionnaire found at http://www.ca10.uscourts.gov. Thank you!