FILED
United States Court of Appeals
Tenth Circuit

February 4, 2014

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

─────────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>MARK R. DAVIS,<br><br>   Defendant - Appellant. | No. 13-3037<br>(D.C. No. 2:11-CR-20020-CM-2) |

─────────────────────────────

**ORDER**

─────────────────────────────

Except for the filing of a reply brief, this appeal is fully briefed and has been scheduled for oral argument on March 20, 2014. Counsel's Federal Public Defender has now filed a "Motion to Withdraw as Counsel." The motion states that the appellant, Mark R. Davis, and his family intend to hire private counsel. Appointed counsel therefore seeks leave to withdraw.

Granting the relief requested by counsel would leave Mr. Davis without counsel at a critical stage in the appeal. Since Mr. Davis has not expressed the intent to proceed without counsel, the motion must be and is denied without prejudice. If private counsel files an entry of appearance on Mr. Davis's behalf, the court would then entertain a renewed motion by the Federal Public Defender to withdraw. Until that chain of events unfolds, current counsel will remain on the case. *See* R. Prof. Resp. 1.16(c).

The reply brief of the appellant shall be filed on or before February 10, 2014. No further extensions of time to file the reply brief will be granted.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Douglas E. Cressler
           Chief Deputy Clerk