

**U.S. Department of Justice**

**Barry R. Grissom**
United States Attorney
District of Kansas

| | |
|---|---|
| *Suite 290* | *Wichita Office* |
| *444 SE Quincy* | *1200 Epic Center* |
| *Topeka, Kansas 66683-3592* | *301 N. Main* |
| | *Wichita, Kansas 67202-4812* |
| *TEL (785) 295-2850* | |
| *FAX (785) 295-2853* | *Kansas City Office* |
| *TDD (785) 295-7673* | *Suite 360* |
| | *500 State Avenue* |
| | *Kansas City, Kansas 66101-2433* |

March 3, 2014

Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

  Re: *United States v. Mark R. Davis*, No. 13-3037
    (Oral argument scheduled March 20, 2014 at 8:30 a.m. in Courtroom II.)

Dear Clerk:

  Pursuant to Rule 28(j), the United States notifies the panel of supplemental authority relevant to an issue raised in the above-referenced appeal.

  In his opening brief, the defendant argues that *United States v. DeLuca*, 269 F.3d 1128 (10th Cir. 2001) only applies to a traffic stop that is lawful at its inception but not to a stop that is unlawful at its inception. *See* Aplt.'s Br. at 32-33. He repeats this argument in his reply brief. *See* Aplt's Reply Br. at 3.

  In a recent published case, this Court rejected this argument. *See United States v. Mosley*, No. 13-3101, slip. op. at 6 n.1 (10th Cir. Mar. 3, 2014) ("Defendant argues that the factual nexus requirement of DeLuca should not apply in cases where the initial seizure of the vehicle was unlawful. Defendant, however, misconstrues DeLuca. Although the initial seizure in DeLuca was lawful, the opinion nowhere cabins its test to lawful vehicle seizures that later become unlawful detentions. Rather, whether the initial seizure of the vehicle was lawful goes to whether the factual nexus requirement is satisfied.") (internal citation omitted).

  Thank you for your consideration.

        Respectfully,

        <u>/s/ James A. Brown</u>
        James A. Brown, AUSA
        Counsel for Plaintiff-Appellee

cc:    Mr. Howard A. Pincus, counsel for defendant-appellant (via e-mail & CM/ECF).